FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

16 FEB 16 PM 3:39

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CAUSE NO. 1:16-cr |
| ) | |
| EUGENE LAWMAN, ) | **1:16-cr-0037 TWP -DKL** |
| ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney charges that:

### General Allegations

1.  The Defendant, EUGENE LAWMAN, owned and operated Kokomo Cab LLC, a transportation company located in Kokomo, Indiana, which is in the Southern District of Indiana.

2.  On or about July 2, 2012, the Defendant signed agreements enrolling Kokomo Cab as a transportation provider with the Indiana Medicaid Program. This meant that Kokomo Cab was eligible to receive payments from the Indiana Medicaid Program for transporting Medicaid beneficiaries to and from locations providing certain covered treatments.

3.  Between approximately October 9, 2012 and September 29, 2015, Kokomo Cab transported Medicaid beneficiaries from locations in Howard County, Indiana (where the city of Kokomo, Indiana is located) to the Indianapolis Treatment Center ("ITC") in Indianapolis, Indiana, and back. Kokomo Cab submitted claims to and received payment from the Indiana Medicaid Program for these transportation services.

4. On numerous occasions during that time period, the Defendant paid cash to the Medicaid beneficiaries in the amount of their treatment costs to induce them to use Kokomo Cab's transportation services to the ITC, for which Kokomo Cab submitted claims for and received payment from the Indiana Medicaid Program for those transportation services.

5. The total amount that Kokomo Cab received as a result of the defendant paying cash to Medicaid beneficiaries between October 9, 2012 and September 29, 2015 was $159,120.01.

## Count One
(Offering and Paying Kickbacks)
(42 U.S.C. § 1320a-7b(b)(2)(B))

On or about September 27, 2015, in Howard County, Indiana, in the Southern District of Indiana, the Defendant,

EUGENE LAWMAN,

did knowingly and willfully offer to pay, and in fact pay, cash to Person A, to induce her to purchase a service for which payment may be made in whole or in part under the Indiana Medicaid Program, a Federal health care program.

All of which is in violation of Title 42, United States Code, Section 1320a-7b(b)(2).

JOSH J. MINKLER
United States Attorney

STATE OF INDIANA     )
                     )   SS:
COUNTY OF MARION     )

Nicholas J. Linder, being first duly sworn, upon his oath deposes and says that he is an Assistant United States Attorney in and for the Southern District of Indiana, that he makes this affidavit for and on behalf of the United States of America and that the allegations in the foregoing Information are true as he is informed and verily believes.

_____
Nicholas J. Linder
Assistant United States Attorney

Subscribed and sworn to before me, a notary public, on this 16th day of February, 2016.

_____
Guey Jen Yang
Notary Public

**GUEY JEN YANG**
Notary Public, State of Indiana
Hendricks County
Commission # 653454
My Commission Expires
June 27, 2022

My Commission Expires: June 27, 2022

My County of Residence: Hendricks