UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:16-cr-0037-TWP-DKL |
| | ) | |
| EUGENE LAWMAN, | ) | - 01 |
| Defendant. | ) | |

### SCHEDULING ORDER

The Court hereby sets the above cause of action for an initial hearing on the Information filed on February 16, 2016 for **March 2, 2016 at 1:30 pm in courtroom 238**, Indianapolis, Indiana, before the criminal duty magistrate judge.

**SO ORDERED** this 18th day of February, 2016.

*Denise K. LaRue*

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record via email generated by the court's ECF system