**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EUGENE LAWMAN (01), )<br>)<br>Defendant. ) | No. 1:16-cr-00037-TWP-DKL |

## SCHEDULING ORDER

The Court notes that Defendant has filed with the Court his Petition to Enter Plea of Guilty and Request for Presentence Investigation.

A change of plea and sentencing hearing is now set on <u>May 20, 2016 at 9:00 a.m.</u>, in Courtroom 344, Birch Bayh Federal Building and United States District Courthouse, 46 East Ohio Street, Indianapolis, Indiana.

Date: 2/29/2016

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Charles C. Hayes
SWEENEY HAYES LLC
charleshayes.atty@gmail.com

Nicholas J. Linder
UNITED STATES ATTORNEY'S OFFICE
nick.linder@usdoj.gov

Electronic notification to United States Probation Office