Exhibit A-Hockersmith Information

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

11 APR -6 PM 2:54

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO. 1:11-cr- |
| WILLIAM HOCKERSMITH, | ) 1:11-cr-0060 JMS-KPF |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges that:

From in or about January 2009 to December 2010, within the Southern District of Indiana, William Hockersmith, defendant herein, did knowingly and willfully pay any renumeration, directly or indirectly, in cash to a person to induce such person to purchase or order any good, service, or item for which payment may be made in whole or in part under a Federal health care program; to wit: Hockersmith, paid Indiana Medicaid recipients to utilize his transportation business, B&E Cab Service in Kokomo, Indiana, and then submitted claims for transporting those individuals to Indiana Medicaid for a loss to the Medicaid program of $36,372.

All in violation of 42 U.S.C. § 1320a-7b(b)(2)(B).

_Joseph H. Hogsett_/by JJM
JOSEPH H. HOGSETT
United States Attorney
Southern District of Indiana

STATE OF INDIANA )
) SS:
COUNTY OF MARION )

Winfield D. Ong, being first duly sworn, upon his oath deposes and says that he is an Assistant United States Attorney in and for the Southern District of Indiana, that he makes this affidavit for and on behalf of the United States of America and that the allegations in the foregoing Information are true as he is informed and verily believes.

*[signature]*
Winfield D. Ong
Assistant United States Attorney

Subscribed and sworn to before me, a notary public, this 5th day of April, 2011.

*[signature]*
Carrie A. Griffin
Notary Public

My Commission Expires:

January 21, 2016

My County of Residence:

Hancock